IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| DOGGUAN MESHIDA E-COMMERCE CO., LTD. d/b/a JEEVONY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>KEVIN PATRICK KELLEY and MAGVENT, LLC<br><br>Defendant/Counterclaim Plaintiff. | ) | No. 2:25-cv-106 |

**ORDER**

The parties have filed a Joint Motion to Extend Schedule [Doc. 65], requesting an extension of twenty-one (21) days before the close of fact discovery, expert deadlines, and the dispositive and Daubert motion deadlines. The District Court entered a Scheduling Order on September 12, 2025. [Doc. 38]. This Court previously granted a joint motion and extended the deadlines provided in the Scheduling Order. [Doc. 59]. The current deadline for completion of fact discovery and initial exchange of expert reports is August 15, 2026. The rebuttal expert report deadline is currently September 14, 2026, and the deadline for dispositive and Daubert motions is September 29, 2026. A discovery conference was held before the undersigned on August 12, 2026, and the parties need more time to complete discovery. A trial date has not yet been set in this matter.

Once a scheduling order has been issued, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court finds that the parties' Joint Motion to Extend Schedule [Doc. 65] provides good cause for the requested extensions, and it is **GRANTED**. The parties shall have up to and including **September 5, 2026**, within which to complete fact discovery

and for the initial Rule 26(a)(2) Expert Disclosures & Reports. The parties shall have up to and including **October 5, 2026,** within which to complete their rebuttal Rule 26(a)(2) Expert Disclosures & Reports. Based on the other extensions granted herein, the Court finds it appropriate to provide the parties up to and including **October 20, 2026,** within which to file dispositive and Daubert motions.

This extension does not reopen the deadline to serve written discovery. The extensions contained in this order shall not be used as a basis to request the extension of any other deadlines contained within the Scheduling Order previously entered in this matter.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge